UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

IN THE MATTER OF THE SEARCH OF:  Case Number: 5:21-mj-40

USA vs. 21-36-05  **ORDER TO SEAL**

The United States, having moved this Court for an order sealing this case, and good cause having been shown therefor, it is hereby

ORDERED that this case be sealed for 180 days to be automatically unsealed by the Clerk of Courts thereafter unless otherwise ordered by the Court.

Dated this 12 day of February, 2021.

BY THE COURT:

DANETA WOLLMANN
United States Magistrate Judge