UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

IN THE MATTER OF THE SEARCH OF:

USA vs. 21-36-05

Case Number: 5:21-mj-40

**ORDER FOR NONDISLCOSURE**

The United States having established sufficient cause for delayed notification, I find that immediate notification to the subscribers of the existence of the search warrant may have an adverse result listed in 18 U.S.C. § 2705(b), it is hereby;

ORDERED Google Inc. shall not notify any other person, including the subscriber for the accounts: **davidemckayjc@gmail.com, treasurethorn@gmail.com, heatherkelly2222@gmail.com,** and **foresakeallforjesus@gmail.com**, of the existence of the previously served search warrant, related to the accounts for 180 days.

Dated this __12__ day of February, 2021.

BY THE COURT:

_____
DANETA WOLLMANN
United States Magistrate Judge