## Return

| Case No.: 5:21-mj-40 | Date and time warrant executed: 2/22/21 11:51am | Copy of warrant and inventory left with: N/A - online |
|---|---|---|
| Inventory made in the presence of : N/A - online ||| 

Inventory of the property taken and name of any person(s) seized:

All online stored records provided by ISP.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/22/21

_Executing officer's signature_

Special Agent Stephen Beery
_Printed name and title_